

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG:GK
F. #2020R00010

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 27, 2020

By Hand

The Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Tiffany Harris
                 Docket No. 20-10 M

Dear Judge Orenstein:

        The government respectfully moves for an order unsealing the complaint and arrest warrant in the above-captioned matter.

                                       Respectfully submitted,

                                       RICHARD P. DONOGHUE
                                       United States Attorney

By:    _____
           Gillian A. Kassner
           Assistant U.S. Attorney
           (718) 254-6224

Enclosure

cc:    Clerk of Court (by ECF)

EAG:GK
F. #2020R00010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

- against -

TIFFANY HARRIS,

        Defendant.

------------------------------X

P R O P O S E D  O R D E R

20-10 M

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Gillian A. Kassner, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
        January 27, 2020

_____
HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK