# INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Robert M. Levy__   Date: __2/27/20__

Magistrate Case Number: __20-10M__   LOG #: __5:18 - 6:15__

Defendant's Name: __Tiffany Harris__

✓ Court appointed counsel.   ___ Defendant retained counsel.

Defense Counsel: __Deirdre Von Dornum & Amanda David__   CJA:___ FDNY: ✓ RET:___

A.U.S.A. __Gillian Kassner__   Clerk: __Felix Chin__

Interpreter: _____   Language: _____

✓ ARRAIGNMENT on Complaint held.   ___ Government Agent Sworn

✓ DETENTION HEARING Held:   ✓ Government opposed bail for reasons stated on the record.

✓ Bond set at __ROR__.   ___ Bond set on consent of both parties.

Defendant: ✓ released   ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Preliminary Hearing set for: __3/12/20 @ 11:00__; or ___ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

  ___ Identity hearing held. Court ___ orders removal ___ denies removal

  ___ Defendant waives: ___ identity hearing ___ preliminary hearing

  ___ Identity/ Removal Hearing set for: _____

  ___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: __Minutes ordered sealed.__